IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT COURT OF WEST VIRGINIA

AT CHARLESTON

DONALD ELKINS, Administrator
of the Estate of Kathy Hensley,
and SHEILA ELKINS,

        Plaintiffs,

v.                                      Civil Action No.2:08-CV-1403
                                       Judge Goodwin

MONUMENTAL LIFE INSURANCE
COMPANY,
        Defendant.

## STIPULATION OF DISMISSAL

On this date came the parties, by counsel, Christopher J. Heavens for plaintiffs, and Teresa A. Kleeh for defendant Monumental Life Insurance Company pursuant to F.R.C.P. 41(a)(1)(ii) and enter into this voluntary stipulation of dismissal of Count II (Fraud and Misrepresentation), Count III (Bad Faith of Defendant, Monumental), Count IV (Unfair Claim Settlement Practices of Defendant, Monumental), and Count VI (Actual Malice of Defendant, Monumental Life Insurance Company) of plaintiffs' Complaint, with prejudice.

| | |
|---|---|
| DONALD ELKINS and SHEILA ELKINS<br>By Counsel | MONUMENTAL LIFE INSURANCE COMPANY<br>By Counsel |
| /s/Christopher J. Heavens<br>Christopher J. Heavens, Esq.<br>WV Bar No. 5776<br>HEAVENS LAW OFFICES<br>P. O. Box 3711<br>Charleston, WV 25337-3711 | /s/ Teresa A. Kleeh<br>Teresa A. Kleeh, Esq.<br>WV Bar No. 7189<br>STEPTOE & JOHNSON PLLC<br>P. O. Box 1588<br>Charleston, WV 25326-1588 |